# CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Commonwealth of Virginia

v.

Mincey

June 13, 1994

Case No. CF940193

BY JUDGE ALFRED D. SWERSKY

Defendant's Motion to Suppress must be granted.

The officer testified that he observed the transfer of a dark-colored jeweler's bag with a light-colored area; based on his training and experience, he thought a $20.00 rock of crack cocaine had been transferred; and that caused the arrest of the Defendant.

The officer was not asked the factual basis for his conclusion that a transfer of a controlled substance had occurred, and no further facts were developed to show the basis for his conclusion. Absent proof of a factual basis upon which to base a finding of probable cause, the evidence obtained as a result of an illegal arrest and search must be suppressed. See, *Depriest v. Commonwealth*, 4 Va. App. 577, 585 (1987).

The transfer of the jeweler's bag without a factual explanation as to its significance is insufficient standing alone to justify the arrest and search of the Defendant.